UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Ivan ORTEGA-Aguirre** Defendant. | Magistrate Case No. '08 MJ 1735 COMPLAINT FOR VIOLATION OF: Title 8, U.S.C., Section 1326; Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **May 12, 2008,** within the Southern District of California, defendant, **Ivan ORTEGA-Aguirre**, an alien who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States without the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
**Immigration Enforcement Officer**
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, **THIS 3rd DAY OF June, 2008.**

UNITED STATES MAGISTRATE JUDGE

Atr

## PROBABLE CAUSE STATEMENT

On May 12, 2008, the defendant, identified as, Ivan ORTEGA-Aguirre, was apprehended by the the United States Border Patrol in San Diego, California, for illegal entry. Subsequently, a State Parole hold was issued and the defendant was booked into county jail for violation of Penal Code 3056, (Violation of Parole). A Border Patrol Agent determined the defendant to be a citizen of Mexico and placed a Form I-247 (Immigration Hold) pending his release from custody.

On June 2, 2008, the defendant was referred to the custody of United States Immigration and Customs Enforcement (ICE) at San Diego, California. A Deportation Officer conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed from the United States on at least four occasions.

A review of official immigration computer database record checks revealed the defendant was most recently ordered deported from the United States by an Immigration Judge on or about September 11, 2006 and removed via the Nogalas, Arizona Port of Entry the same day. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) was utilized and compared the defendant's fingerprints to those contained in this database. The results confirmed his identity as Ivan ORTEGA-Aguirre, a citizen and national of Mexico.

On June 2, 2008, the defendant was admonished as to his rights per Miranda. The defendant acknowledged those rights and elected to answer questions without counsel present. The defendant admitted his true name is Ivan ORTEGA-Aguirre, and that he is a citizen of Mexico by virtue of birth in Guadalajara, Jalisco, Mexico, on September 26, 1983. The Defendant also admitted he had been deported or removed from the United States, that he had not obtained a waiver in order to re-enter the United States lawfully, that he has no documents to enter or reside in the United States and knew it to be against the law to re-enter after having been deported.