5

AO 455(Rev. 5/85) Waiver of Indictment

FILED

JUN 30 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _______ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

IVAN ORTEGA-AGUIRRE

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2168-IEG

I, IVAN ORTEGA-AGUIRRE, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 30 JUNE 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Kenneth R. McMullen

Counsel for Defendant

Before

Judicial Officer